UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY ANDREW STETTLER, on behalf of minor F.R.M.S., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF HEALTH, et al., <br><br> Defendants. | Case No. C24-0602-TL <br><br> ORDER |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 7th day of May, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1