UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY ANDREW STETTLER, on behalf of minor F.R.M.S., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON DEPARTMENT OF HEALTH; WASHINGTON STATE DEPARTMENT OF CHILDREN YOUTH AND FAMILIES; SNOHOMISH COUNTY SUPERIOR COURT, Juvenile Judge John T. Scott; and WASHINGTON STATE ASSISTANT ATTORNEY GENERAL, Everett Juvenile Rep. DCYF, <br><br> Defendants. | CASE NO. 2:24-cv-00602-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Plaintiff contacted the Court to request additional time to file an amended complaint. Accordingly, Plaintiff's request is GRANTED. The amended complaint SHALL be filed no later than **July 8, 2024**.

Dated this 24th day of June 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1