UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY ANDREW STETTLER, on behalf of minor F.R.M.S.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF HEALTH; WASHINGTON STATE DEPARTMENT OF CHILDREN YOUTH AND FAMILIES; SNOHOMISH COUNTY SUPERIOR COURT, Juvenile Judge John T. Scott; and WASHINGTON STATE ASSISTANT ATTORNEY GENERAL, Everett Juvenile Rep. DCYF,<br><br>Defendants. | CASE NO. 2:24-cv-00602-TL<br><br>ORDER OF DISMISSAL |

This matter is before the Court *sua sponte*. Plaintiff's complaint was previously dismissed with leave to amend. Dkt. No. 5. Upon request, the Court granted Plaintiff additional time to file an amended complaint, which was due on July 8, 2024. Dkt. No. 6. To date, Plaintiff has not filed an amended complaint or taken any other action on the docket.

Accordingly, this matter is DISMISSED without prejudice.

Dated this 13th day of August 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1