UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY ANDREW STETTLER, on behalf of minor F.R.M.S.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF HEALTH; WASHINGTON STATE DEPARTMENT OF CHILDREN YOUTH AND FAMILIES; SNOHOMISH COUNTY SUPERIOR COURT, Juvenile Judge John T. Scott; and WASHINGTON STATE ASSISTANT ATTORNEY GENERAL, Everett Juvenile Rep. DCYF,<br><br>Defendants. | CASE NO. 2:24-cv-00602-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court has received Plaintiff's recent filing. Dkt. No. 9. On August 13, 2024, this matter was dismissed without prejudice. Dkt. No. 7. This matter is now closed. Plaintiff's filing is not properly before the Court and is STRICKEN from the docket. No further filings will be entertained in this closed matter. Plaintiff may commence a new action, if appropriate.

Dated this 13th day of September 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1